PROB 12C
(6/16)

Report Date: January 17, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Virgil Wyman | Case Number: 0980 2:17CR00014-RMP-1 |
| Address of Offender: | Wellpinit, Washington 99040 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: May 25, 2017

| | |
|---|---|
| Original Offense: | Escape From Custody  18 U.S.C. §§ 751(a) and 4082(a) |
| Original Sentence: | Prison - 366 days<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Travis Jones |
| | Date Supervision Commenced: December 22, 2017 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: December 21, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On December 27, 2017, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.<br><br>On January 15, 2018, Mr. Wyman violated his terms of supervised release by committing a vehicle motor theft.<br><br>On January 15, 2018, per Spokane Tribal Police report 18-0042, without permission to do so, Mr. Wyman entered the passenger side of an occupied 2004 Toyota 4-Runner and demanded the driver drive him past the Tribal Administration building. Subsequently, Mr. Wyman told the driver to exit the vehicle while brandishing a fixed blade knife. |

Prob12C
**Re: Wyman, David Virgil**
**January 17, 2018**
**Page 2**

|   |   |   |
|---|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On December 27, 2017, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

On January 15, 2018, Mr. Wyman violated his conditions of supervised release by being arrested and charged with possession of a stolen vehicle, driving under the influence, and six counts of vehicle hit and run-property damage.

On January 15, 2018, per a media release from the Spokane Police Department, law enforcement was contacted after there was a collision involving numerous vehicles. Witnesses stated Mr. Wyman exited his vehicle after the collision and was observed climbing on the top of vehicles in the middle of the roadway, attempting to enter other vehicles. Officers arrived shortly after and took Mr. Wyman into custody where he is being held on charges of possession of a stolen vehicle, driving under the influence, and six counts of vehicle hit and run-property damage. It should be noted the police report for this matter was unavailable for review at the time of this writing.

3    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On December 27, 2017, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

Mr. Wyman violated his conditions of supervised release by being under the influence of alcohol and or illegal controlled substances.

On January 15, 2018, per a media release from the Spokane Police Department, law enforcement was contacted after there was a collision involving numerous vehicles. Officers on scene observed Mr. Wyman acting strangely and suspected he may be under the influence of drugs. Furthermore, Mr. Wyman was transported to the hospital due to how intoxicated he was.

4    **Special Condition # 4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On December 27, 2017, the offender reported to the United States Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

Prob12C
**Re: Wyman, David Virgil**
**January 17, 2018**
**Page 3**

        Mr. Wyman violated his conditions of supervised release by being under the influence of alcohol and or illegal controlled substances.

        On January 15, 2018, per a media release from the Spokane Police Department, law enforcement was contacted after there was a collision involving numerous vehicles. Officers on scene observed Mr. Wyman acting strangely and suspected he may be under the influence of drugs. Furthermore, Mr. Wyman was transported to the hospital due to how intoxicated he was.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/17/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

1/17/2018

Date